# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : Civil Action No. 17-06362-JHR-AMD |
| v. | : |
| RDR CORPORATION and McDONALD'S USA, LLC, | : STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | : |

All parties hereto stipulate that all of Plaintiff's claims in the above-captioned action be and are voluntarily and entirely dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the District of New Jersey. The parties stipulate that each party shall bear his/its own costs and attorneys' fees.

Respectfully submitted.

*/s/ Keith Harris*
Keith Harris, Esq.
BRAFF, HARRIS, SUKONECK & MALOOF
570 West Mount Pleasant Avenue
Livingston, NJ 07039
(973) 994-6677

John P. Fuller, Esq. (admitted *pro hac vice*)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
*Attorneys for Plaintiff, Dennis Maurer*

Dated: May 25, 2018

**SO ORDERED.**
Dated: May 29, 2018

Respectfully submitted,

*/s/ Katharine Hartman*
Katharine Hartman, Esq.
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
(215) 575-7000
*Attorney for Defendant, RDR Corporation*

*/s/ Michael Kessel*
I. Michael Kessel, Esq.
LITTLER MENDELSON P.C.
One Newark Center, 8th Floor
Newark, NJ 07102
*Attorney for Defendant, McDonald's USA LLC*

Dated: May 25, 2018

[signature]
U.S.D.J.

120189971_1